**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>WRI Palomino Trace Investors, L.P., Plaintiff<br>v.<br>Palomino Trace, LLC, GV Development, Ltd.,<br>Largo Partners II, LLC, George Venturella, and<br>Terri Venturella, Defendants | Case Number: |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WRI Palomino Trace Investors, L.P., Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Lauren N. Nachinson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Lauren N. Nachinson | |
| FIRM | |
| Quarles & Brady LLP | |
| STREET ADDRESS | |
| 500 West Madison Street, 37th floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290314 | TELEPHONE NUMBER<br>(312) 715-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |