AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WRI PALOMINO TRACE INVESTORS, L.P. a
Washington partnership,　　　Plaintiff

CASE NUMBER:

V.

ASSIGNED JUDGE:

PALOMINO TRACE LLC; GV DEVELOPMENT LTD,
LARGO PARTNERS II LLC, GEORGE VENTUTELLA
AND TERRI VENTURELLA,　　　Defendants

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

PALOMINO TRACE, LLC
c/o Registered Agent: Thomas S. Eisner
　　　　　　　　　　　 18400 Maple Creek Drive, Suite 700
　　　　　　　　　　　 Tinley Park, Illinois 60423

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Faye B. Feinstein
Lauren N. Nachinson
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL  60661

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DATE

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WRI PALOMINO TRACE INVESTORS, L.P. a Washington partnership,          Plaintiff

CASE NUMBER:

V.

ASSIGNED JUDGE:

PALOMINO TRACE LLC; GV DEVELOPMENT LTD, LARGO PARTNERS II LLC, GEORGE VENTUTELLA AND TERRI VENTURELLA,          Defendants

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

GV DEVELOPMENT, LTD.
c/o Registered Agent: Thomas S. Eisner
18400 Maple Creek Drive, Suite 700
Tinley Park, Illinois 60423

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Faye B. Feinstein
Lauren N. Nachinson
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL  60661

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                                                                         DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WRI PALOMINO TRACE INVESTORS, L.P. a
Washington partnership,          Plaintiff

CASE NUMBER:

V.

ASSIGNED JUDGE:

PALOMINO TRACE LLC; GV DEVELOPMENT LTD,
LARGO PARTNERS II LLC, GEORGE VENTUTELLA
AND TERRI VENTURELLA,          Defendants

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

LARGO PARTNERS II, LLC
c/o Registered Agent: Thomas S. Eisner
               18400 Maple Creek Drive, Suite 700
               Tinley Park, Illinois 60423

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Faye B. Feinstein
Lauren N. Nachinson
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL  60661

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                                                    DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WRI PALOMINO TRACE INVESTORS, L.P. a
Washington partnership,         Plaintiff

V.

PALOMINO TRACE LLC; GV DEVELOPMENT LTD,
LARGO PARTNERS II LLC, GEORGE VENTUTELLA
AND TERRI VENTURELLA,         Defendants

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

GEORGE VENTURELLA
20554 Abbey Drive
Frankfort, Illinois 60423

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Faye B. Feinstein
Lauren N. Nachinson
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                         DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WRI PALOMINO TRACE INVESTORS, L.P. a
Washington partnership,      Plaintiff

CASE NUMBER:

V.

ASSIGNED JUDGE:

PALOMINO TRACE LLC; GV DEVELOPMENT LTD,
LARGO PARTNERS II LLC, GEORGE VENTUTELLA
AND TERRI VENTURELLA,      Defendants

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

TERRI VENTURELLA
20554 Abbey Drive
Frankfort, Illinois 60423

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Faye B. Feinstein
Lauren N. Nachinson
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                                                DATE