IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WRI PALOMINO TRACE INVESTORS, L.P., a Washington limited partnership,  Plaintiff,  v.  PALOMINO TRACE, LLC, an Illinois limited liability company; GV DEVELOPMENT, LTD., an Illinois corporation, LARGO PARTNERS II, LLC, an Illinois limited liability company GEORGE VENTURELLA and TERRI VENTURELLA, Individuals,  Defendants. | No. |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, WRI Palomino Trace Investors, L.P. ("WRI"), submits its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois.

The parent corporation of WRI is Weyerhaeuser Real Estate Co. WRI further states that it has no publicly held affiliates as Local Rule 3.2 defines that term. The partners of WRI are WRI Investments III, LLC ("WRI Investments"), Goldline Creek, LLC ("Goldline") and Hexagon Investments, LLC ("Hexagon").

WRI Investments is a Washington limited liability company. The members of WRI Investments are Weyerhaeuser Realty Investors, Inc. ("Weyerhaeuser"), MIG

Corporation ("MIG"), and Salchuck Real Estate Investors, Inc. ("Salchuck"). Neither Weyerhaeuser, MIG nor Salchuck is publicly held.

Goldline is a limited liability company organized under the laws of the state of Colorado, with its principal place of business in Denver, Colorado. The members of Goldline are three individuals who are each citizens of the State of Wisconsin, and three individuals who are each citizens of the State of Colorado. None of the members of Goldline are publicly held entities.

Hexagon is a limited liability company organized under the laws of the state of Colorado, with its principal place of business in Denver, Colorado. The members of Hexagon are two individuals who are each citizens of the State of Wisconsin and six trusts. The trustees of the aforementioned trusts are Scott J. Reiman ("Reiman") and Michael J. Hipp ("Hipp"). Reiman is an individual who is a citizen of the State of Colorado. Hipp is an individual who is a citizen of the State of Wisconsin. None of the members of Hexagon are publicly held entities.

Respectfully submitted,

WRI PALOMINO TRACE INVESTORS L.P.

By: _____/s/Lauren N. Nachinson_____
    One of Its Attorneys

Faye B. Feinstein (ARDC# 6186627)
Lauren N. Nachinson (ARDC# 6290314)
Quarles & Brady LLP
500 West Madison Street
Suite 3700
Chicago, Illinois 60661
Telephone: (312) 715-5000

QBACTIVE\131203.00003\6382101.1