# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**WRI Palomino Trace Investors,**

Plaintiff(s),

vs.

**George Venturella,**

Defendant(s).

**Case No.: 08 CV 4180**

**AFFIDAVIT OF SERVICE**

I, Eve Farmer, being first duly sworn on oath, depose and say the following:

I am a registered employee of an Illinois private detective agency licensed by the Illinois Department of Financial and Professional Regulation and thereby authorized to serve process within the State of Illinois pursuant to 735 ILCS 5/2−202(a). Under penalties as provided by law pursuant to Section 1−109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this affidavit are true and correct.

On August 05, 2008 at 4:40 PM, I served the within Summons; Complaint on GV Development, LTD in the following manner:

**Corporate Service:** By leaving a copy of the Summons; Complaint with Thomas S. Eisner, the registered agent of GV Development, LTD.

Service was effected at R/A Thomas S. Eisner 18400 Maple Creek Drive Suite 700, Tinley Park, IL 60423.

Thomas S. Eisner is described as follows:

Sex: Male − Race: Caucasian − Approximate Age: 66



X
**Eve Farmer**
License(s): Process Server

Signed and sworn to before me on
this 8th day of August, 2008.

NotaryPublic

All American Attorney Services
1042 Maple Ave, Suite 150
Lisle, IL 60531
(877) 644−3214



2233

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**WRI Palomino Trace Investors,**

           Plaintiff(s),

vs.

**George Venturella,**

           Defendant(s).

**Case No.: 08 CV 4180**

**AFFIDAVIT OF SERVICE**

---

I, Eve Farmer, being first duly sworn on oath, depose and say the following:

I am a registered employee of an Illinois private detective agency licensed by the Illinois Department of Financial and Professional Regulation and thereby authorized to serve process within the State of Illinois pursuant to 735 ILCS 5/2−202(a). Under penalties as provided by law pursuant to Section 1−109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this affidavit are true and correct.

On August 05, 2008 at 4:40 PM, I served the within Summons; Complaint on Largo Partners II, LLC in the following manner:

**Corporate Service:** By leaving a copy of the Summons; Complaint with Thomas S. Eisner, the registered agent of Largo Partners II, LLC.

Service was effected at R/A Thomas S. Eisner 18400 Maple Creek Drive Suite 700, Tinley Park, IL 60423.

Thomas S. Eisner is described as follows:

Sex: Male − Race: Caucasian − Approximate Age: 66



Signed and sworn to before me on
this 8th day of August, 2008.

X _____
Eve Farmer
License(s): Process Server



Notary Public

All American Attorney Services
1042 Maple Ave, Suite 150
Lisle, IL 60531
(877) 644−3214

**2234**

OFFICIAL SEAL
JASON E. LANING
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Sept. 22, 2009

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**WRI Palomino Trace Investors,**

        Plaintiff(s),

vs.

**George Venturella,**

        Defendant(s).

**Case No.: 08 CV 4180**

**AFFIDAVIT OF SERVICE**

I, Eve Farmer, being first duly sworn on oath, depose and say the following:

I am a registered employee of an Illinois private detective agency licensed by the Illinois Department of Financial and Professional Regulation and thereby authorized to serve process within the State of Illinois pursuant to 735 ILCS 5/2−202(a). Under penalties as provided by law pursuant to Section 1−109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this affidavit are true and correct.

On August 05, 2008 at 4:40 PM, I served the within Summons; Complaint on Palomino Trace, LLC in the following manner:

**Corporate Service:** By leaving a copy of the Summons; Complaint with Thomas S. Eisner, the registered agent of Palomino Trace, LLC.

Service was effected at R/A Thomas S. Eisner 18400 Maple Creek Drive Suite 700, Tinley Park, IL 60423.

Thomas S. Eisner is described as follows:

Sex: Male − Race: Caucasian − Approximate Age: 66

X 
Eve Farmer
License(s): Process Server

Signed and sworn to before me on
this 8th day of August, 2008.

Notary Public

All American Attorney Services
1042 Maple Ave, Suite 150
Lisle, IL 60531
(877) 644−3214

2232

**OFFICIAL SEAL**
**JASON E. LANING**
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Sept. 22, 2009

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**WRI Palomino Trace Investors,**

               Plaintiff(s),

vs.

**George Venturella,**

               Defendant(s).

**Case No.: 08 CV 4180**

**AFFIDAVIT OF SERVICE**

I, Eve Farmer, being first duly sworn on oath, depose and say the following:

I am a registered employee of an Illinois private detective agency licensed by the Illinois Department of Financial and Professional Regulation and thereby authorized to serve process within the State of Illinois pursuant to 735 ILCS 5/2−202(a). Under penalties as provided by law pursuant to Section 1−109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this affidavit are true and correct.

On August 05, 2008 at 5:08 PM, I served the within Summons; Complaint on George Venturella in the following manner:

**Abode Service:** By leaving a copy of the Summons; Complaint at George Venturella's usual place of abode, 20554 Abbey Drive, Frankfort, IL 60423, with his/her Wife, Terri Venrurella, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the Summons; Complaint.

On August 07, 2008, a copy of the Summons; Complaint was mailed in a sealed envelope with postage fully prepaid, addressed to George Venturella at his/her usual place of abode.

Terri Venrurella is described as follows:

Sex: Female − Race: Caucasian − Approximate Age: 55

Signed and sworn to before me on
this 8th day of August, 2008.



X
**Eve Farmer**
License(s): Process Server



Notary Public

All American Attorney Services
1042 Maple Ave, Suite 150
Lisle, IL 60531
(877) 644−3214

OFFICIAL SEAL
JASON E. LANING
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Sept. 22, 2009

2230

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**WRI Palomino Trace Investors,**

|                          |                                |
|--------------------------|--------------------------------|
| Plaintiff(s),            | **Case No.: 08 CV 4180**       |
| vs.                      |                                |
|                          | **AFFIDAVIT OF SERVICE**       |
| **George Venturella,**   |                                |
| Defendant(s).            |                                |

I, Eve Farmer, being first duly sworn on oath, depose and say the following:

I am a registered employee of an Illinois private detective agency licensed by the Illinois Department of Financial and Professional Regulation and thereby authorized to serve process within the State of Illinois pursuant to 735 ILCS 5/2−202(a). Under penalties as provided by law pursuant to Section 1−109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this affidavit are true and correct.

On August 05, 2008 at 5:08 PM, I served the within Summons; Complaint on Terri Venturella in the following manner:

**Personal Service:** By leaving a copy of the Summons; Complaint with Terri Venturella personally.

Terri Venturella was served at 20554 Abbey Drive, Frankfort, IL 60423.

Terri Venturella is described as follows:

Sex: Female − Race: Caucasian − Approximate Age: 55



Signed and sworn to before me on
this 8th day of August, 2008.

X _____
**Eve Farmer**
License(s): Process Server

_____
Notary Public

All American Attorney Services
1042 Maple Ave, Suite 150
Lisle, IL 60531.
(877) 644−3214

**OFFICIAL SEAL**
**JASON E. LANING**
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Sept. 22, 2009

**2231**