**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                     Case Number: 08cv4180

WRI PALOMINO TRACE INVESTORS, L.P.,
    v.
PALOMINO TRACE LLC, GV DEVELOPMENT LTD.,
LARGO PARTNERS II LLC, GEORGE VENTURELLA and
TERRI VENTURELLA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GEORGE VENTURELLA

| |
|---|
| NAME (Type or print) <br> Cornelius P. Brown |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Cornelius P. Brown |
| FIRM <br> Cohon Raizes & Regal LLP |
| STREET ADDRESS <br> 208 S. LaSalle Street, Suite 1860 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0312355 | TELEPHONE NUMBER <br> (312) 726-2252 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓         APPOINTED COUNSEL ☐