## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that, on this 2nd day of September 2008, a copy of the foregoing was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to the following parties via electronic notice at the address indicated in the Notice of Filing. Parties may access this filing through the Court's system.

/s/Lauren N. Nachinson
Lauren N. Nachinson

QBACTIVE\131203.00003\6499881.1